UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

TIFFANY RICHARD,

    Plaintiff,

v.

CAROLYN W. COLVIN,
Commissioner of Social Security,

    Defendant.

No.   1:14-CV-03098-SAB

JUDGMENT IN A
CIVIL CASE

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED**. The Commissioner is directed to make an immediate award of benefits.

Defendant's Motion for Summary Judgment is **DENIED**. Judgment is entered for Plaintiff.

DATED: January 4, 2016

    SEAN F. McAVOY
    Clerk of Court

    By:  *s/Shelly Koegler*
        Deputy Clerk

1 | JUDGMENT IN A CIVIL CASE